# KEVIN M. O'BRIEN

## ATTORNEY AT LAW

-------------------------------------

1710 Douglas Drive N. #289
Golden Valley, MN, 55422
(612) 237-9510
koblaw@aol.com

March 15, 2023

The Honorable Leo I. Brisbois
United District Court Magistrate Judge
412 Gerald W. Heaney Federal Building
515 West First Street
Duluth, MN., 55802-1397

RE: United States v. Oscar Antonio Diaz Lopez
    Crim. No. 23-55 (JBW/LIB)

Dear Magistrate Brisbois,

Mr. Diaz Lopez will file no motions in the above matter and requests to be excused from

the April 7, 2023 hearing.

Best regards,

Kevin M. O'Brien

Kevin M. O'Brien